# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132326

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MELINDA ANN SMALL,
     Defendant-Appellant.

SC: 132326
COA: 270385
Leelanau CC: 04-001413-FH

_____/

     On order of the Court, the application for leave to appeal the August 30, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

_____
Clerk

p1218